UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

THEODORE LATIMORE,

                       Plaintiff,

        -against-

DUTCHESS COUNTY BEEKMAN CITY
COURT,

                    Defendant.

26cv2337 (LTS)

CIVIL JUDGMENT

For the reasons stated in the June 9, 2026, order, this action is dismissed. The Court

certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be

taken in good faith, and therefore IFP status is denied for the purpose of an appeal. Cf. Coppedge

v. United States, 369 U.S. 438, 444-45 (1962) (holding that an appellant demonstrates good faith

when he seeks review of a nonfrivolous issue).

SO ORDERED.

Dated:   June 10, 2026
         New York, New York

                                 /s/ Laura Taylor Swain
                                   LAURA TAYLOR SWAIN
                        Chief United States District Judge